**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIMITRIS HOIMES,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.:** |
| **v.** | : | **JURY TRIAL DEMANDED** |
| **CHESTER A. ASHER, INC. d/b/a ASHER'S CHOCOLATES,** | : | |
| **Defendant.** | : | |

## COMPLAINT

Plaintiff, Dimitris Hoimes, a resident of Lehigh County, Pennsylvania, by and through his attorneys, brings this civil action for damages against the above-named Defendant, Chester A. Asher, Inc. d/b/a Asher's Chocolates, demands a trial by jury, and complains and alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of the claims set forth in this Complaint is proper in this judicial district pursuant to the Americans with Disabilities Act, as amended, 42 U.S.C. §12101, *et seq.* (the "ADA"), and 28 U.S.C. §1331.

2. This Court has, and should exercise, supplement jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. §1367.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to these claims occurred in this judicial district.

## THE PARTIES

4. Plaintiff, Dimitris Hoimes ("Mr. Hoimes"), is an adult individual residing at 501 West Union Boulevard, Bethlehem, Lehigh County, Pennsylvania 18018.

5. Mr. Hoimes is disabled as defined by the ADA and the Pennsylvania Human Relations Act, 42 P.S. §951, *et seq.* (the "PHRA").

6. Defendant, Chester A. Asher, Inc. d/b/a Asher's Chocolates ("Asher's"), is a Pennsylvania corporation with a business office address of 80 Wombold Road, Souderton, Montgomery County, Pennsylvania 18964.

7. At all times relevant and material hereto, Asher's operated a chocolate manufacturing and distribution facility from its business location in Souderton, Pennsylvania.

8. At all times relevant and material hereto, Asher's was an employer as defined in the ADA and the PHRA.

## ADMINISTRATIVE PROCEEDINGS

9. On or about June 25, 2025, Mr. Hoimes filed a Complaint the Equal Employment Opportunity Commission ("EEOC") docketed as EEOC Charge Number 530-2025-07385, and which was cross-filed with the Pennsylvania Human Relations Commission.

10. Mr. Hoimes has been advised of his right to sue in federal court by notice from the EEOC dated September 3, 2026.

11. All necessary and appropriate administrative prerequisites to this action have occurred.

## STATEMENT OF FACTS

12. Mr. Hoimes began employment with Asher's at its Souderton facility on or about February 24, 2025, as a Quality Assurance Specialist.

13. Mr. Hoimes always performed his job in a highly competent manner.

14. Mr. Hoimes is disabled as a result of a ruptured disc in his back which causes him to suffer from disabling back pain and significantly limits his mobility and his ability to bend, lift, and twist.

15. Mr. Hoimes advised Asher's of his disability at the time he was hired, and spoke frequently about his back issues, as he wore a stimulator almost every day and often walked with a limp.

16. While Mr. Hoimes was able to perform the essential functions of his job, he had to miss work three times during his three month tenure of employment as a result of his disability.

17. On each occurrence that he was unable to work, Mr. Hoimes informed Asher's of the reason for his absence and would offer to come in on his days off to make up for any work that he missed.

18. However, rather than provide Mr. Hoimes with the reasonable accommodation of allowing him to miss work one day per month, or engaging in an interactive process as required by the ADA, Asher's terminated Mr. Hoimes due to these disability-related absences.

19. Mr. Hoimes was discriminated against and wrongfully terminated due to his disability in violation of the ADA and PHRA. Specifically, Mr. Hoimes was able to perform the essential functions of his job with reasonable accommodations, which were unreasonably refused by Asher's, directly resulting in his termination.

## COUNT I

### Violations of the ADA
### Failure to Provide Reasonable Accommodation

20. All prior paragraphs are incorporated herein as if set forth fully below.

21. Mr. Hoimes is within the protective class of individuals as designated by the ADA.

22. Mr. Hoimes is a qualified individual with a disability.

23. Mr. Hoimes's disability substantially limits his ability to perform major life activities.

24. Mr. Hoimes was able to perform the essential functions of his job with reasonable accommodations.

25. Asher's violated the ADA by discriminating against Mr. Hoimes because of his disability and need for an accommodation, resulting in his termination.

26. The illegal discrimination was based in whole or in part upon Mr. Hoimes's disability.

27. As a direct and proximate result of the conduct of Asher's in violating the ADA by discriminating against Mr. Hoimes on the basis of his disability, Mr. Hoimes has been permanently and irreparably harmed and damaged and has and will continue to lose benefits of employment such as lost earnings, lost employment benefits, and non-economic damages in the form of embarrassment, humiliation, and anxiety.

WHEREFORE, Plaintiff, Dimitris Hoimes, demands that the Court declare the conduct engaged in by Defendant, Chester A. Asher, Inc. d/b/a Asher's Chocolates, to be in violation of Plaintiff's rights under the Americans with Disabilities Act and award all compensatory damages, damages for failure to provide reasonable accommodation, lost wages (and raises) and benefits, front pay and back pay, lost future earning capacity, damages for emotional distress, punitive damages, reasonable attorneys' fees and costs incurred herein and any pre and/or post

judgment interest on all money awarded in damages for delay, together with any other relief available under the Americans with Disabilities Act.

## COUNT II

### Violation of the PHRA

28. All prior paragraphs are incorporated herein as if set forth fully below.

29. This is an action arising under the provisions of the PHRA, and this Court has, and should exercise, pendant jurisdiction over the same because the causes or actions complained of in this Count II arise out of the same facts, events and circumstances as Count I, and therefore judicial economy and fairness to the parties dictates that this Count be brought in the same Complaint.

30. By discriminating against Plaintiff on the basis of his disability, Asher's violated the provisions of Title 43 P.S. § 955, which prohibit discrimination based upon a disability.

31. As more fully set forth in Count I, Plaintiff has suffered directly and solely as a result of Asher's's actions, great pecuniary loss, damage and harm and will continue to suffer the same for the indefinite future.

WHEREFORE, Plaintiff, Dimitris Hoimes, respectfully prays that judgment be entered in his favor and against Defendant, Chester A. Asher, Inc. d/b/a Asher's Chocolates, for all of the relief sought in Count I, and such other and further relief provided by the Pennsylvania Human Relations Act, together with an award of attorneys' fees and costs of suit.

## DEMAND FOR JURY

Pursuant to Federal Rule of Civil Procedure 38(b) and otherwise, Plaintiff respectfully demands a trial by jury.

Respectfully submitted,

**Weisberg Cummings, P.C.**

September 25, 2026
Date

*/s/ Larry A. Weisberg*
Larry A. Weisberg (PA 83410)
lweisberg@weisbergcummings.com

2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (FAX)

*Counsel for Plaintiff*